**United States District Court**
**Eastern District of New York**

**JOYNER V. THE CITY OF NEW YORK. ET AL**
**12-CV-177 (ENV)**

## MINUTE ORDER

This Minute Order summarizes the rulings made on the record at conferences on August 1, 2012 regarding Defendants' motion to compel [13] and plaintiff's motion to compel and for leave to amend [14]. Both motions are are granted in part and denied in part as follows.

Defendants' Motion to Compel
   1.   Defendants' request for plaintiff to supplement his initial disclosures is denied as moot.

   2.   In response to defendants' interrogatories 21 and 22, plaintiff must provide physical descriptions of the officers he is not able to identify by name.  For interrogatory 23, plaintiff should identify the allegations that he contends are false and respond based on what he knows from defendants' production.

   3.   In response to defendants' interrogatories 13 and 14 and document request 12, plaintiff must provide a blanket release for all prior arrest records.

   4.   Plaintiff must provide the above discovery by 8/15/2012.


Plaintiff's Motion to Compel
   1.  Plaintiff's motion regarding defendants' initial disclosures and responses to interrogatory 1 is denied as unnecessary. Notwithstanding the reservation asserted, defendants are required to supplement their disclosures seasonably.

   2.   Defendants must produce photographs of officers at the scene of the arrest one week after plaintiff provides descriptions in response to defendants' interrogatories 21 and 22.  Plaintiff must return the photographs to defendants within one month.  The photographs are deemed to be confidential materials protected by the Protective Order [10] governing discovery in this case.

   3.   Although plaintiff's interrogatory #2 contains sub-parts that the Court considers to constitute at least three separate questions, defendants are ordered to respond to all of plaintiff's interrogatories.  Interrogatory #10 is proper as a single interrogatory, and defendants are to respond by providing the complaint of the requested lawsuits.  Plaintiff will not be permitted any further interrogatories.

   4.   Defendants should produce all documents discussed in pages six through seven of plaintiff's motion by 8/31/2012 except for

personnel records and IAB files, which must be produced by 9/17/2012.

     5.   Plaintiff's motion to amend is granted for the reasons discussed on the record.

     **SO ORDERED.**

Dated:    Brooklyn, New York
           August 1, 2012

                                            /s/_____
                                            MARILYN D. GO
                                            UNITED STATES MAGISTRATE JUDGE

Case 1:12-cv-00177-ENV-MDG   Document 16   Filed 08/01/12   Page 2 of 2 PageID #: 127